UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                      Debtor,<br><br>0702571, B.C., LTD, et al.,<br><br>                      Plaintiffs,<br><br>v.<br><br>BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                      Defendant. | NO:  2:14-CV-169-RMP<br><br>Bankr. Case No. 09-06194-FPC11<br><br>Adv. Proc. No. 14-80033-FPC<br><br>ORDER CLOSING CASE |

Before the Court are stipulations of dismissal filed by each Plaintiff. ECF Nos. 14, 59, 60, 61, 62. The parties have settled this matter and request the Court to dismiss the action with prejudice.

ORDER CLOSING CASE ~ 1

The Court finds that it is proper to dismiss this case pursuant to Federal Rule of Civil Procedure 42(a)(2).

Accordingly, **IT IS HEREBY ORDERED** that the Complaint is dismissed with prejudice and with each party to bear its own fees and costs.

The District Court Clerk is directed to enter this Order, provide copies to counsel, and **CLOSE** this case.

**DATED** this 27th day of July 2015.

          *s/ Rosanna Malouf Peterson*
          ROSANNA MALOUF PETERSON
          Chief United States District Court Judge